**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MISTY LANGAN,

    Plaintiff,

Case No.: 8:20-cv-00392-VMC-AEP

v.

KOHL'S DEPARTMENT STORES, INC.,
and CAPITAL ONE BANK (USA), N.A.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF
SETTLEMENT AS TO DEFENDANTS, KOHL'S
DEPARTMENT STORES, INC. AND CAPITAL ONE BANK (USA), N.A.**

**COMES NOW**, Plaintiff, MISTY LANGAN, by and through her undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, KOHL'S DEPARTMENT STORES, INC., and CAPITAL ONE BANK (USA), N.A. have reached a settlement in principal in this action. Upon full execution of a settlement agreement and compliance with its terms, the parties will request that this matter be dismissed with prejudice as to both Defendants.

Dated: May 20, 2020

        Respectfully submitted,

        **SWIFT, ISRINGHAUS & DUBBELD P.A.**

        /s/ *Jon P. Dubbeld*
        **Aaron M. Swift, Esq., FBN 0093088**
        **Jordan T. Isringhaus, Esq., FBN 0091487**
        **Jon P. Dubbeld, Esq., FBN 105869**
        10460 Roosevelt Blvd. North
        Suite 313
        St. Petersburg, FL 33703
        Phone: (727) 755-3676
        Fax: (727) 255-5332

aswift@swift-law.com  
jisringhaus@swift-law.com  
jdubbeld@swift-law.com  
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2020, I electronically filed a true and correct copy of the above and foregoing *Plaintiff's Notice of Settlement as to Defendants, Kohl's Department Stores, Inc. and Capital One Bank (USA), N.A.* via CM/ECF which shall provide a copy of the same to counsel of record for Defendants, Kohl's Department Stores, Inc. and Capital One Bank (USA), N.A.

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff